# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 43950

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2016 Unpublished Opinion No. 681** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed:  September 13, 2016** |
| | ) | |
| **v.** | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **MICHAEL LES DOWLER,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County.  Hon. Samuel A. Hoagland, District Judge.

Judgment of conviction and concurrent unified sentences of fifteen years, with minimum periods of confinement of five years, for battery upon a law enforcement officer and battery upon a health care worker, <u>affirmed</u>.

Eric D. Fredericksen, Interim State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and GRATTON, Judge

_____

PER CURIAM

Michael Les Dowler was found guilty of battery upon a law enforcement officer, Idaho Code §§ 18-903(a), 18-915(c), and battery upon a health care worker, I.C. §§ 18-903(c), 18-915C.  The district court imposed concurrent unified sentences of fifteen years, with minimum periods of confinement of five years.  Dowler appeals, contending that his sentences are excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Dowler's judgment of conviction and sentences are affirmed.